Thelma S. Cohen, SBN: 65490
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
tcohen@pottercohenlaw.com

Attorneys for Plaintiff, NICOLE MULDOON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NICOLE MULDOON ) | **Case No.: CV 13-5188-DFM** |
|  Plaintiff, ) | **{PROPOSED} ORDER AWARDING** |
| vs. ) | **EQUAL ACCESS TO JUSTICE** |
| CAROLYN W. COLVIN, Acting ) | **ACT ATTORNEY FEES** |
| Commissioner of Social Security ) | **PURSUANT TO 28 U.S.C. § 2412(d)** |
| Administration, ) |  |
|  Defendant ) |  |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $3,000.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:  November 19, 2014

DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

-1-